MISSOURI, KANSAS & TEXAS RAILWAY CO. VS PICKENS.

Opinion delivered September 23, 1903.

1. *Mayor's Court—Appeal—Jurisdictional Amount.*

An appeal may be taken from a mayor's court to the District Courts regardless of the amount of judgment or amount in controversy.

Appeal from the United States Court for the Central District.

WM. H. H. CLAYTON, Judge.

Action by H. B. Pickens against the Missouri, Kansas & Texas Railway Company, involving identically the same question as decided at this term in the case of Missouri, Kansas & Texas Railway Co. vs Phelps, 4 Ind. Ter. Rep. (76 S. W. 285.) The amount claimed in this case was $19.20, and it was tried in the mayor's court of Sterrett, Ind. Ter., and judgmeet rendered in favor of appellee for $9. The case was regularly appealed to the United States Court for the Central district, and, upon motion by appellee in said court to dismiss the case, the same was dismissed because the amount in controversy was for less than $20. From this dismissal, appeal was taken to this court.

*Clifford L. Jackson,* for appellant.

*W. L. Boner* and *Jesse M. Hatchett,* for appellee.

GILL, C. J. The case should be reversed, in accordance with the opinion heretofore handed down at this term in Missouri, Kansas & Texas Railway Co. vs Phelps, 4 Ind. Ter Rep (76 S. W. 285). Reversed and remanded, with directions to the lower court to overrule the motion to dismiss the appeal and proceed with the case on its merits.

RAYMOND and TOWNSEND, JJ., concur.